IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LARRY GUESS,

    Petitioner,

v.

GERALD ROZUM, et al.,

    Respondents.

CIVIL ACTION
NO. 13-5458

FILED MAY 15 2017

## ORDER

**AND NOW**, this 15th day of May 2017 upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1), Respondents' Response to the Petition (Doc. No. 14), the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 18), and that the Report and Recommendation has not been objected to by the parties, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**.
2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.
3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Habeas Petition. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).
4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

ENTERED
MAY 16 2017
CLERK OF COURT